MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted March 25, 2013; decided June 27, 2013

Submitted March 25, 2013; decided June 27, 2013

Motion by New York Committee for Occupational Safety and Health for leave to appear amicus curiae on the motions for reargument herein granted and the affirmation is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.